**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
UNITED STATES OF AMERICA,

    – against –　　　　　　　　　　　　　　　　　　　　No. 11-cr-873 (ER)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: May 5, 2020
```

ANTHONY FAZIO SR.,

    Defendant.
------------------------------------------------------------------------x

## NOTICE OF MOTION FOR COMPASSIONATE RELEASE

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, ANTHONY FAZIO SR., will move before the Hon. Edgardo Ramos, United States District Judge for the Southern District of New York, located at 40 Foley Square, New York, New York, at a date and time to be fixed by the Court, for an Order of Compassionate Release under 18 U.S.C.A. § 3582 (C)(1)(a)(i), or, in the alternative, for a judicial recommendation to the Federal Bureau of Prisons to re-designate defendant FAZIO to home confinement due to extraordinary circumstances related to the COVID-19 pandemic.

Dated:  May 4, 2020　　　　　　　　　　　　　Respectfully Submitted,
        Brooklyn, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/ John Meringolo
　　　　　　　　　　　　　　　　　　　　　　　　John Meringolo, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　375 Greenwich Street
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10013
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 941-2077
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 202-4936

---

The Government is directed to respond by May 12, 2020.
SO ORDERED.

_[signature]_
Edgardo Ramos, U.S.D.J
Dated: May 5, 2020
New York, New York