USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: May 15, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

ANTHONY FAZIO SR.,

                Defendant.

**ORDER**

11 Cr. 873 (ER)

RAMOS, D.J.:

       After considering the factors set forth in 18 U.S.C. § 3553(a), and for the reasons set forth on the record at the hearing of May 15, 2020, the Court finds that there are extraordinary and compelling reasons that warrant a reduction in Anthony Fazio Sr.'s ("Fazio") term of imprisonment, and that this reduction is consistent with the applicable policy statements issued by the U.S. Sentencing Commission.  18 U.S.C. § 3582(c)(1)(A)(i).

       Accordingly, Fazio's motion for compassionate release, Doc. 322, is GRANTED, and his sentence is MODIFIED, as follows:

- Fazio is sentenced to a period of incarceration equivalent to time served.
- Fazio is further sentenced to a term of supervised release for a term of three (3) years.  He is to follow the standard, additional, and special conditions of supervision described in the Judgment in a Criminal Case filed on September 17, 2012, Doc. 171.
- Fazio is further ordered to pay any outstanding Criminal Monetary Penalties as detailed in the associated Judgment in a Criminal Case, Doc. 171, and Restitution Order of September 17, 2012, Doc. 172.

- Fazio's term of supervised release is to begin upon his release from the custody of the Bureau of Prisons. The Bureau of Prisons is ORDERED to immediately release Fazio from its custody.

It is SO ORDERED.

Dated:   May 15, 2020
         New York, New York

                                               _____
                                               EDGARDO RAMOS, U.S.D.J.

2